

WWW.RIVKINRADLER.COM

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555  F 212.687.9044

JONATHAN B. BRUNO
(212) 455-9554
jonathan.bruno@rivkin.com



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/03/2023
```

May 3, 2023

**VIA ECF**

Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Fiona McKinney v. Achilles International, Inc.*
                Docket No. 23-2833 (VEC)

Dear Judge Caproni:

      My office represents the defendant, Achilles International, Inc. ("Achilles"), in the above-referenced action. We are writing to request an extension of time up to and including May 24, 2023, to answer, respond or otherwise move against the Complaint. Upon information and belief, the current deadline is May 4, 2023.

      The present request is necessary because my firm has just recently been retained as counsel for Achilles and I have not yet had the opportunity to discuss this matter in detail with my client or obtain and review any relevant documents and information from my client. This is defendant's first request for an extension of time. Plaintiffs' counsel consents to our request. Thank you for the Court's consideration.

                                            Respectfully submitted,

                                            RIVKIN RADLER LLP

                                            *Jonathan B. Bruno*

Application GRANTED.

SO ORDERED.

*Valerie Caproni*  05/03/2023
HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record (via ECF)

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000  F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

7447939.v1