



WWW.RIVKINRADLER.COM

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

**JONATHAN B. BRUNO**
(212) 455-9554
jonathan.bruno@rivkin.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/08/2023

September 7, 2023

**VIA ECF**

Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   *Fiona McKinney v. Achilles International, Inc.*
            Civil Action No. 23-2833 (VEC)

Dear Judge Caproni:

    My office represents the defendant, Achilles International, Inc. ("Achilles"), in the above-referenced action. We are writing to request an adjournment of the Initial Conference currently scheduled for September 22, 2023. Plaintiff's counsel consents to the request. Counsel are available on October 4, 5, or 6 (afternoons preferred) if any of those dates work for the Court.

    The reason for the request is that I will be in Chicago for business from September 20 through September 22. This is defendant's first request for an adjournment of the Initial Conference. Thank you for your consideration.

Respectfully submitted,

RIVKIN RADLER LLP

*/s/ Jonathan B. Bruno*

Jonathan B. Bruno

cc: Counsel of Record (via ECF)

---

The initial pretrial conference is ADJOURNED to **Friday, October 20, 2023, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' pre-conference submissions, as described at Dkt. 11, are due on **October 12, 2023**.

SO ORDERED.

*/s/ Valerie Caproni*   09/08/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

7711614.v1